**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

WILLIAM METCALF T/A EURO CLASSICS,

        Petitioner

        v.

JEEV TRIKA,

        Respondent

: No. 542 MAL 2014
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.